3:18-cv-00049

# Notice:

# No IFP Application, or Filing Fee was received with Initiating Documents.