1
2
3
4               UNITED STATES DISTRICT COURT
5                    DISTRICT OF NEVADA
6   THOMAS GREGORY PAUL,                    Case No. 3:18-cv-000049-MMD-WGC
7                              Plaintiff,   **REPORT & RECOMMENDATION OF**
8        v.                                 **U.S. MAGISTRATE JUDGE**
9   RENO POLICE DEPARTMENT, *et al.*,
10                           Defendants.
11

12        This Report and Recommendation is made to the Honorable Miranda M. Du, United States

13   District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C.

14   § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

15        Plaintiff Thomas Gregory Paul, who is an inmate at the Washoe County Detention Facility,

16   filed his civil rights complaint pursuant to 42 U.S.C. § 1983 on January 29, 2018. (ECF No. 1-1.)

17   On January 31, 2018, the undersigned issued an order advising Plaintiff that he needed to submit

18   a complete inmate application to proceed in forma pauperis under 28 U.S.C. § 1915, or pay the

19   filing fee, within thirty days.

20        To date, Plaintiff has not filed his IFP application or paid the filing fee. Therefore, his

21   action should be **DISMISSED WITHOUT PREJUDICE**, and this case should be

22   administratively closed.

23        Plaintiff should be aware of the following:

24        1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to

25   this Report and Recommendation within fourteen days of receipt. These objections should be titled

26   "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by

27   points and authorities for consideration by the district judge.

28   ///

1    2. That this Report and Recommendation is not an appealable order and that any notice of

2  appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed

3  until entry of judgment by the district court.

4    DATED: March 6, 2018.

5

6    _____
     WILLIAM G. COBB
7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28