UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS GREGORY PAUL,<br><br>　　　　　　　Plaintiff,<br>　v.<br>RENO POLICE DEPARTMENT, *et al.*,<br>　　　　　　　Defendants. | Case No. 3:18-cv-00049-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 4) ("R&R") relating to the court's January 31, 2018, order that Plaintiff had thirty (30) days to submit a completed application to proceed *in forma pauperis* or pay the filing fee (ECF No. 3). Plaintiff was advised that a failure to do so would result in an order dismissing this action. (*Id.*) As of March 3, 2018, Plaintiff had not complied with the court's order, and Magistrate Judge Cobb submitted his R&R recommending dismissal of this case. Plaintiffs had until March 20, 2018, to object to the R&R. To date, no objection to the R&R has been filed.[1]

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue

---

[1] The R&R (ECF No. 4) that was mailed to Plaintiff was returned as undeliverable. (ECF No. 5.)

that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review*. See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

The Magistrate Judge recommends that this action be dismissed without prejudice. Upon reviewing the R&R and the filings in this case, this Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 4) is accepted and adopted in its entirety.

It is ordered that this action is dismissed without prejudice.

The Clerk is instructed to close this case.

DATED THIS 22nd day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE